AO 108 (Rev. 01/09) Application for a Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*

Up to $1,838,294.27 in BBVA/Compass Bank Acct. #2527211657, in the name of A Plus Billing, Inc., including statements, checks and opening documents

)
)
)
)
)

Case No. 11-MC-0034

## APPLICATION FOR A WARRANT
## TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Northern___ District of ___Alabama___ is subject to forfeiture to the United States of America under ___18___ U.S.C. § ___981(a)(1)(C)___ *(describe the property)*:

All funds up to $1,838,294.27 in BBVA/Compass Bank account #2527211657, held in the name of, or for the direct or indirect benefit of, A Plus Billing, Inc./signatory: Aliya Valeeva, including all statements, checks and opening documents

The application is based on these facts:
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

*Ashley D. Schroer*
*Applicant's signature*

Ashley D. Schroer, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/9/11 at 3:56 PM

City and state: Denver, Colorado

*Judge's signature*
**Craig B. Shaffer, United States Magistrate Judge**
*Printed name and title*

## AFFIDAVIT

I, Ashley D. Schroer, being duly sworn, hereby state:

## INTRODUCTION

1.      I am a Special Agent of the Federal Bureau of Investigation and have been so employed since June 2010. I am currently assigned to the Denver Division of the FBI where I work on the White Collar Crime Squad at the Denver Field Office. My investigative responsibilities consist of Health Care Fraud, Bank Fraud and Bankruptcy Fraud matters which frequently involve violations of federal mail fraud and wire fraud statutes, to include identity theft. I have been assigned to the Denver Division since November 2010.

2.      As a Special Agent with the FBI, your affiant's duties and responsibilities include conducting criminal and civil investigations into violations of various federal statutes codified in the Federal Criminal Code and Rules. More specifically, investigating individuals and businesses who participate in billing government-sponsored health care programs and have violated federal health care statutes.

3.      This affidavit is based on your affiant's personal observations and analysis, the observations and analysis of SA Charles Klein of the United States Department of Health and Human Services, Office of the Inspector General, interviews conducted, review of documents and information obtained from federal contractors involved in processing and paying Medicare claims and ensuring Medicare program integrity, and other investigative activities, all as described below.

1

## PURPOSE OF AFFIDAVIT AND PROPERTY TO BE SEIZED

4.     The facts presented below are submitted in support of an application for a seizure warrant for all funds up to **$1,838,294.27** held in the following BBVA/Compass Bank account number: 2527211657 in the name of A Plus Billing, Inc./signatory: Aliya Valeeva.

## MEDICARE PROGRAM

5.     The Medicare program is a federally funded health insurance program. Congress established the Medicare program in 1965 as Title XVIII of the Social Security Act. The Centers for Medicare and Medicaid Services (CMS), an agency of the US Department of Health and Human Services, administers the Medicare program. Medicare consists of Part A (hospital insurance) and Part B (supplemental medical insurance). Medicare Part A provides coverage for inpatient hospitalization, skilled nursing facilities, and home health care. Medicare Part B provides coverage for medical services and supplies typically delivered in an outpatient setting, including services rendered by physicians, psychiatrists and psychologists, as well as physical, speech, respiratory, and occupational therapists. Medicare Part B also covers laboratory testing and services ordered by authorized health care providers.

6.     The benefits covered by the Medicare Part B Program include medical and other health services as provided under 42 U.S.C. § 1395k(a)(2)(B) and as defined by 42 U.S.C. § 1395x(s).

7. Reimbursement for Medicare claims is made by the United States through the US Department of Health and Human Services (HHS). HHS, through CMS, assigns the task of paying Part B claims from the Medicare Trust Fund to private insurance carriers pursuant to 42 U.S.C. § 1395x(s). CMS contracts with private insurance organizations to process and pay Medicare claims and conduct program integrity activities.

8. TrailBlazer Health Enterprises is the contractor which processes claims for Colorado Medicare Part A and Part B services. They were formerly called the Part B Carrier, but are now designated as the Medicare Administrative Contractor (MAC). TrailBlazer makes payments to Medicare providers for reasonable and necessary medical services from federal funds allocated for that purpose. Health Integrity, is one of several Zone Program Integrity Contractors (ZPIC) hired by CMS to perform Medicare program integrity functions, including support to HHS/OIG/OI, relating to allegations of fraud, waste or abuse within the Medicare program.

9. Medical and other health services are reimbursable under Part B of the Medicare Program if the services provided are reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. Medicare regulations impose a duty on any person or company seeking reimbursement not to make false statements or misrepresentations of material facts concerning requests for payment under Medicare.

10. When a provider submits electronic or paper claims to CMS for payment on the Health Insurance Claim Form, Form CMS-1500, they attest by their signature to

the following:

> *"I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare regulations.  NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws."*

### MEDICARE FRAUD SCHEME: MEDICAL PROVIDER ID THEFT

11.     Based on the information stated below, your affiant respectfully submits there is probable cause to believe that unknown individual(s) have stolen the identity of Dr. Louis C. Cabiling who lives at 635 Dittmer Avenue, Pueblo, CO 81005. The unknown individual(s) have submitted at least **$1,838,294.27** worth of fraudulent Medicare billings and have been paid that amount by Medicare.  By submitting fraudulent claims for medical services to the Medicare program, the unknown individual(s) have engaged in a health care fraud scheme to commit the following offenses, among others: Title 18, United States Code, Section 1347 (Health Care Fraud) and Title 18, United States Code, Section 1343 (Wire Fraud).

12.     Your affiant is aware of a common fraud scheme which is currently being used to steal money from the Medicare program, termed "Medical Provider Identity Theft." Medical Provider Identity Theft is generally when criminals use the

4

medical provider number of a legitimate doctor or other provider without their knowledge or consent to submit fraudulent claims to a health insurance provider.

13. In this case, unknown individual(s) have filed fraudulent documentation with Trailblazer Health Enterprises, the Medicare Administrative Contractor (MAC) for Colorado. The fraudulent Medicare Enrollment Application that was filed was used to direct all payments paid by Medicare to the unknown subjects behind the fraud scheme into their own bank account. Specifically, in the fraudulent application, A Plus Billing listed Dr. Cabiling as the individual practitioner who was re-assigning benefits to them and listed Dr. Cabiling's National Provider Identifier (NPI) number for Medicare reimbursement purposes. In the Electronic Funds Transfer Authorization Agreement, A Plus Billing directed Medicare to deposit claim payments into account number 2527211657 at BBVA / Compass Bank.

14. On 02/23/2011, Health Integrity, the Zone 4 ZPIC, advised OI that it identified A Plus Billing, Inc. as a False Front Provider (FFP). At that time, a Medicare provider number had not issued for A Plus Billing and no Medicare payments had been paid to them. A Plus Billing was subsequently issued a Medicare Provider Number.

15. On 4/29/2011, Special Agent Charles Klein of the US Department of Health and Human Services, Office of the Inspector General received a telephone call from Investigator Scott Lloyd of Health Integrity. Mr. Lloyd related that Health Integrity had recently learned that A Plus Billing, Inc. had been paid approximately $800,000.00 from Medicare. Specifically, A Plus Billing had submitted bills for MRI, allergy, and EKG testing as well as for at least one face to face visit, all allegedly performed by Dr. Louis C. Cabiling.

16. On 04/29/2011, SA Charles Klein attempted to telephonically contact Louis C. Cabiling, MD at his office. Sean Cabiling, the adult son of Dr. Cabiling, answered the phone and advised SA Charles Klein that he was accepting calls on his father's behalf and could answer any business questions. Mr. Cabiling stated that his father was a physician who specialized in physical therapy and rehabilitation and worked only in the Pueblo, CO area.

17. After this conversation, SA Charles Klein instructed Mr. Lloyd to immediately stop payments to A Plus Billing, Inc.

18. Also on this date, 04/29/2011, SA Charles Klein e-mailed Anne Hestily of Health Integrity, author of the initial advisement dated 02/23/2011, for the purpose of terminating payments to A Plus Billing, Inc.

19. On 04/29/2011, SA Charles Klein telephonically contacted Dayna Thompson, the Senior Risk Analyst of the Corporate Security and Loss Prevention Unit for BBVA/Compass Bank, and followed with a letter requesting that bank account number: 2527211657 be immediately frozen until a seizure warrant can be served on BBVA/Compass Bank as all of the funds in the account had been identified as fraudulent. Ms. Thompson said that the account could be frozen, and that there was a total of approximately $330,000.00 worth of assets remaining that can be seized.

20. On 05/02/2011, SA Charles Klein visited the office of A Plus Billing, Inc. located at 600 17th Street, Suite 2800 South, Denver, CO 80202. SA Charles Klein observed that this was the business location for "Your Office Denver." Charli Benitez, receptionist for Your Office Denver, stated that A Plus Billing, Inc. was an active client

6

that only received mail and had their phone answered by a receptionist at this address. There was no physical office space for A Plus Billing, Inc. located at this address as it was a virtual office. Your Office Denver's client file for A Plus Billing, Inc. showed the business listed under the name of Aliya A. Valeeva and that A Plus Billing, Inc. paid approximately $150.00 per month in "rent."

21.  On 05/09/2011, SA Charles Klein contacted Tracy Hunt with Health Integrity who informed SA Klein that from approximately 02/23/2011, through today's date, 05/09/2011, Medicare has paid **$1,838,294.27** to A Plus Billing, Inc. Also as of this date, the balance in account number 2527211657 is currently **$782,893.49.**

22.  Your affiant is also aware that there are likely several pending payments to be made into BBVA/Compass Bank account number: 2527211657 from Medicare and possibly from other private insurance companies based on these fraudulent billings. At this point, the total amount of pending payments is undetermined.

23.  Based on the facts set forth herein, there is probable cause to believe that false and fraudulent claims have been submitted to Medicare in the name of Dr. Louis C. Cabiling, MD and A Plus Billing, Inc. for services not rendered or not medically necessary, in violation of 18 U.S.C. § 1347, and that unknown individual(s) have received **$1,838,294.27** from Medicare on these claims via wire transfer, in violation of 18 U.S.C.§ 1343.

24.  Title 18, United States Code, Section 981(a)(1)(C) provides for the forfeiture of:

> Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of ...any offense constituting "specified

unlawful activity" (as defined in section 1956(c)(7) of this title) or a conspiracy to commit such offense.

Title 18, United States Code, Section 1956(c)(7)(F) identifies as a "specified unlawful activity" any act or activity constituting an offense involving a Federal health care offense. Likewise, 18 U.S.C. § 1956(c)(7), identifies, as specified unlawful activity, any act or activity constituting an offense listed in section 1961(1) - a list which, in turn, includes violations of Title 18 U.S.C. Section 1343 (wire fraud).

25. In light of the above, there is also probable cause to believe that all funds up to **$1,838,294.27** held in BBVA/Compass Bank account: 2527211657 constitutes or is derived from proceeds traceable to a violation of a Federal health care offense, and wire fraud in violation of 18 U.S.C. § 1343. Therefore, the property listed above is subject to seizure and forfeiture to the United States Government pursuant to Title 18, United States Code, Section 981(a)(1)(C) and (b)(1).

26. Furthermore, 18 U.S.C. Section 984 provides that the government need not identify the specific property involved in an offense that is the basis for the forfeiture if the property involved is funds deposited into a financial account when the forfeitable funds were placed into that account within the prior year.

27. In consideration of the foregoing, your affiant requests that this Court issue an application for a seizure warrant and a seizure warrant, authorizing the seizure of all funds up to **$1,838,294.27** held in BBVA/Compass Bank account: 2527211657.

Dated May  9 , 2011

*[signature]*

Ashley D. Schrøer
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this ___9th___ day of May 2011

*[signature]*

United States Magistrate Judge